63,010-03    9-8-2015

CAuse No 10CR2645d
APPeal No. 13-15-00253-CR

WR63010-03
Civil No 2:15-CV-290

RE ERwin Burky 1740140 - Allred Unit
2101 Fm 369 N+H   Iowa Park Texas 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

SuBJect: WRit OF HABeas Corpus Pursuant CCP
Art. 11.07  CCP

To THe HonorAble JuDges,  ProsecutorsAbel Acosta, Clerk
Clerks, and or Parties In this Cause

ReLAtor ERwin Burley complains that He Still Has
Received No Answer As to why RelAtocs Properly Filed
writ oF HABeas Corpus Has Not Been Processed And
Forwarded to THe Court oF CriminAl Appeals As
ReQuired By oPerAtion oF LAw.   See Art 11.07 sec3(b)
Relator Is UNABle to File His written obJections
See TRAP 73.4 (b)(2). Relator Has No Evidence of
a clerks record Being Filed. See TRAP Clerks Record 34.5
RelAtor Has Filed A motion to Show Cause For
Failure to Process 11.07  and Has Filed a writ of
MAndAmus with +He Court oF Criminal APPeal And
Has Filed A DeclArAtion For entry of DeFAult.
THus A true ExtrAordinAry Circumstance Has
Resulted From UNAuthorized And unConstitutioNAl
Acts And, omissions that HAs HArmed And Prevents

Relators Access to Courts And Impedes the Exhaustion Requirement which Prevents Relator From Filing His Federal Writ Pursuant to § 2254

Relators Writ was filed under SCHULP V. Delo Actual Innocence Claim Because Relator is Innocent And is in custody In Violation of The Constitution or Laws And Treaties of The United States. Finally Relator Alleges A Fundamental Miscarriage of Justice In this Cause     See Exhibits A & B   Respectfully Submitted
Erwin Burley 1740140

## Prayer

Relator Prays that State will waive the Exhaustion Requirement Through Counsel or In the Alternative Vacate the Judgment And or Prays For Immediate Habeas Relief          Respectfully: Erwin Burley 1740140

Unsworn Declaration: I Hereby declare that All Statements Are true And Correct under the Penalty of Perjury Executed on the 08th Day of September   Erwin Burley

## Certificate of Service

I Hereby declare And certify that A true And Correct Copy was mailed to the Texas Attorney Generals Office at P.O. Box 12548 Capitol Station Austin Texas 78711 on the 08th day of September 2015   CC State Prosecuting Attorney, Judge Jack Pulcher, Clerk Anne Lorentzen, & D.A. Mark Skurka of the 105th District, 13th Court of Appeal, Court of Criminal Appeals And United States District Court Nueces County
Erwin Burley
TDC# 1740140

Allred Unit 2101 Fm 369 N Iowa Park Tex
76367

Exhibit A

Applicant Cops Please Date Stamp
And Return

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 24 2015

David J. Bradley, Clerk of Court

ERWIN BURLEY
V
STATE OF TEXAS

105th District Court
of Nueces County
Texas

TRIAL CT. NO 10CR2645d
APPELLATE No. 13-15-00253 CR
Civil Cause No 2015-CV-00290
Filed July 6 2015 - 215-CV00290

RE. 11.07 Pursuant To Writ of Habeas Corpus Filed in the 105th District Court on March 17. 2015

Dear Clerk. I have written the Court I.e. The 105th Judicial Court concerning the Status of my 11.07. I have not received any correspondence from Court Acknowledging Receipt of said 11.07 that was Properly Filed with a Schlup V Delo Claim of Actual Innocence.

11.07 was Filed under Sec. 4.(a) (1) - 4(a)(1) (2)

In the 5th Circuit the Position is "that the Exhaustion Requirement has consistently Been construed in Favor of Giving the State the 1st opportunity to correct any Alleged Constitutional Errors Joyner V King 786 F 2d 1317 1320 5th Cir. 1986 Brown V Estelle 701 F2d 494 495 5th Cir 1983 Burley has given the State their Legal opportunity thus He has met His Burden.

However due to the 105th Districts Refusal to fulfill their legal obligation Prejudice Has Been Established And, Burley Has suffered Harm. Thus An Extraordinary Circumstance Has Been Established. Thus An exception to the Exhaustion Requirement Exists. See DCP Farms v Yeutter 957 F2d 1183, 1188 (5th Cir 1992); Central States S.E. And S.W. Areas Pension Fund v T.I.M.E.- D.C. Inc 826 F2d 320, 329 (5th Cir 1987)

See Exhibits ___A___ Which show Applicants Attempt to File For Federal Relief

See Certified Sign Receipt showing that Applicant Mailed 11.07 + It was Received on March 17 2015 Exhibit ___B___

See 13 Court of Appeals Acknowledgement of Writ of Mandamus to Compel Court I.E. 105th District to Answer, Exhibit ___C___

See Also Sworn Affidavit ___D___

Applicant continues to work with due diligence to the interest of Justice And Equity     Respectfully submitted Edwin Burley

Unsworn Declaration: I Hereby declare under Penalty of Perjury that All statements Are true And correct Executed this 21st Day of July 20
                                                                 Edwin Burley

Certificate of Service

I Hereby certify that the Above is true And correct And verify And certify that Exhibits Are Authenticated And A Copy of this document was mailed To Mark Skurka Nueces County D A I.e. 13th Court of Appeals; CC 105th District Court; And The United States District Court 1133 Nth Shoreline-Corpus Christi Tex Mark Skurka & Above Courts 901 Leopard Corpus Christi Tex   mailed on the 21st Day of July 2015
                                                                 Edwin Burley 1743440 Allred Unit
                                                                 2101 FM 369 Nth Iowa Pk Tex 76367

## Inmate Declaration

I __Willie Pearson__ Hereby declares under Penalty of Perjury that I am an Inmate Housed In 3 Bldg C Section And I see ERWIN Burles TDC # 1740140 on A Daily Basis. I did witness him Place __08__ letters In the Prison Mail System on The letters were Relords concerning His 11.07 Pursuant 9-8-2015 (Act 11.07 of The Code of Criminal Procedures.)

Letters. The letter or Pleadings were complaints concerning His 11.07 not being Processed As mandated By Law. He complains of Extraordinary circumstances due to 11.07 Not being Processed. Than the District Attorney MARK SKURKA Was not Provided An Answer to His 11.07 Filed on the 17th DAy of March 2015 As Required under Sec 3(b). CCP And States that there delays Are Hendering And Impeding His Rigth to File A Federal writ Pursuant to ~~Act~~ $ 2254 writ of Habeas Corpus. The outgoing letters were mailed to Attorney General P.O. Box 12548 CAPitAl Station Austin Texas— States Attorney I.e Prosecuting Attorney P.O. Box 12405 CAPitAl Station Austin Texas 78711

Anne Lorentzen District Clerk 105th District Court
901 Leopard Street CORPUS CHRISTI Tex 78401 Rm 313

Honorable Mark Skurka 901 Leopard Street
Nueces County Corpus Christi Tex 78401

The Honorable Judge Jack W. Pulcher 901 Leopard
Street Nueces County Texas 78401 Room 802

To The Honorable 13th Court of Appeals Clerk
Cecile Foy Gsanger Nueces County 901 Leopard Street
Corpus Christi Texas 78401 10th Floor

To The Honorable Court of Criminal Appeals Clerk
Abel Acosta P.O. Box 12308 Capitol Station
Austin Texas 78711

To The United States District Clerk 1133 Nth
Shoreline Rm 208 Corpus Christi Texas 78401

## Unsworn Declaration

I Hereby declare under the Penalty of Perjury that
All Statements Are true And Correct as Governed By
28 U.S.C. 3 1746 And § 132.001 - 132.003 Executed this
08th day of September 2015    Willie Pearson #1853800

James V Allred Unit
2101 Fm 369 Nth
Iowa Park, Texas 76367